IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CHRIS DAUGHTRY | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 6:12cv00425 MHS |
| | § | JURY |
| ACT FAST DELIVERY OF TYLER, INC. AND ACT FAST DELIVERY OF TEXAS, INC. | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the motion of the Plaintiff in the above entitled and numbered action that this matter should be, in all things, vacated and dismissed, and having considered the same the Court is of the opinion that said dismissal should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims and causes of action of Plaintiff, CHRIS DAUGHTRY, in the above-styled and numbered action be dismissed against Defendants, ACT FAST DELIVERY OF TYLER, INC. and ACT FAST DELIVERY OF TEXAS, INC., with prejudice as to refiling, with costs of court being taxed against the party by which they were incurred.